**In the United States District Court
for the District of Kansas**

———————

Case No. 2:21-cv-02306-TC-TJJ

———————

PRIMERICA LIFE INSURANCE COMPANY,

*Plaintiff*

v.

ZACHARY ARNOLD & JOANN MOCKOBEY,

*Defendants*

———————

# ORDER ADOPTING REPORT & RECOMMENDATION

Magistrate Judge Teresa James issued a Report and Recommendation (R&R), Doc. 18, in response to Plaintiff Primerica Life Insurance Company's Motion to Deposit Policy Benefit Into the Registry of the Court and for Interpleader Relief, Doc. 16. Fourteen days having passed, and no written objections being filed to the proposed findings and recommendations by Magistrate Judge James, the Court accepts and adopts Judge James' R&R in its entirety. *See* 28 U.S.C. 636(b)(1); Fed. R. Civ. P. 72; *see also Jones v. Salt Lake Cty.*, 503 F.3d 1147, 1152 (10th Cir. 2007) (holding failure to object firmly waives appellate review of R&R).

IT IS, THEREFORE, ORDERED that the Report and Recommendation (Doc. 18) is adopted in its entirety.

IT IS SO ORDERED.

Date: November 29, 2021        s/ Toby Crouse
                               Toby Crouse
                               United States District Judge